**Order entered July 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00332-CR

**SCOTT HARLAN RUBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070815**

### ORDER

By letter dated June 10, 2021, the Court requested the parties brief us on whether the Court has jurisdiction over the appeal. The State has filed a response; to date, appellant has not.

The reporter's record, initially due June 15, 2021, has not been filed. Although the Court granted an extension until July 15, 2021, on July 6, 2021, court reporter Paula Thomas filed a letter asking whether she should file the reporter's record in the appeal in light of the jurisdictional issue.

We shall treat the letter as a request for additional time to file the reporter's record. We grant the extension and **ORDER** the reporter's record due no later than July 30, 2021. Once the reporter's record has been filed, we will determine whether the Court has jurisdiction over the appeal.

/s/    LANA MYERS
JUSTICE